NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AD HOC SHRIMP TRADE ACTION COMMITTEE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

*and*

*PAKFOOD PUBLIC COMPANY LIMITED,
OKEANOS COMPANY LIMITED, TAKZIN SAMUT
COMPANY LIMITED, CHAOPHRAYA COLD
STORAGE COMPANY LIMITED, and YEENIN
FROZEN FOODS COMPANY LIMITED,*
*Defendants,*

*and*

*THAI UNION SEAFORD CO., LTD, and
THAI UNION FROZEN PRODUCTS PUBLIC CO.,
LTD.,*
*Defendants-Appellees,*

*and*

*ANDAMAN SEAFOOD CO., LTD.,
CHANTHABURI SEAFOODS CO., LTD.,
CHANTHABURI FROZEN FOOD CO., LTD.,
PHATTHANA SEAFOOD CO., LTD., PHATTHANA
FROZEN FOOD CO., LTD., THAILAND FISHERY
COLD STORAGE PUBLIC CO., LTD., THAI
INTERNATIONAL SEAFOODS CO., LTD., and
RUBISON RESOURCES, LLC,*
*Defendants-Appellees.*

―――――――――――

2010-1413

―――――――――――

Appeal from the United States Court of International Trade in Case No. 08-CV-0283, Judge Evan J. Wallach.

―――――――――――

**JUDGMENT**

―――――――――――

NATHANIEL M. RICKARD, Picard, Kentz & Rowe, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were ANDREW W. KENTZ, DAVID A. YOCIS, and KEVIN M. O'CONNOR.

STEPHEN C. TOSINI, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director. Of counsel on the brief was JONATHAN M. ZIELINSKI, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

WARREN E. CONNELLY, Akin, Gump, Strauss, Hauer & Feld, LLP, of Washington, DC, argued for defendants-appellees Thai Union Seafood Co., Ltd., et al., and Andaman Seafood Co., Ltd., et al. With him on the brief was JARROD M. GOLDFEDER.

WALTER J. SPAK and JAY C. CAMPBELL, White & Case, LLP, of Washington, DC, for defendants-appellees Andaman Seafood Co., Ltd., et al.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 22, 2011     /s/ Jan Horbaly
Date                  Jan Horbaly
                      Clerk